**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MICHAEL C. MANOSH,**

               **Plaintiff,**

      **v.**                                          **6:10-CV- 0257**

**JUDGE HURD,**

               **Defendant.**
_____

**APPEARANCES:**

Michael C. Manosh
1508 Whitesboro Street
Utica, NY 13502
Plaintiff *pro se*

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 9th day of March 2010. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED that:

     1. The Report-Recommendation is hereby adopted in its entirety.

     2. The Plaintiff's complaint is dismissed without leave to amend.

     3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated:  March 30, 2010
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge